In the Matter of JORDAN S., a Child Alleged to be Neglected. (Appeal from Order of Oneida County Family Court, Flemma, J.—Neglect.) Present—Callahan, J. P., Green, Pine, Lawton and Davis, JJ.

In the Matter of DENNIS JEFFERY, Petitioner, v THOMAS A. COUGHLIN, as Commissioner of the Department of Correctional Services, et al., Respondents. (Article 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Boomer, J. P., Pine, Lawton, Davis and Doerr, JJ.